IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

NABOR DIEGO
And other similarly situated individuals,

    Plaintiff(s),                                Case No.: 2016-030271-CA-01

v.

VICTORY LAB INC.
A Florida Profit Corporation

    Defendant(s).
_____/

## **NOTICE OF FILING NOTICE OF REMOVAL**

Defendant, Victory Lab Inc. ("Defendant"), files the attached Notice of Removal filed in the United States District Court for the Southern District of Florida, Miami-Dade County Division on January 6, 2017. Pursuant to 28 U.S.C. § 1446(d), the filing of this notice effects the removal of this case, and this Court shall proceed no further unless the case is remanded from the District Court.

Dated: January 6, 2017

                                                                          Respectfully submitted,

                                                                          **GALLUP AUERBACH**

                                                                          Jacob Auerbach, Esq.
                                                                          5521 N. University Drive, Ste 204
                                                                          Coral Springs, FL 33067
                                                                          Phone: (954) 894-3035
                                                                          Jacob@aalawllc.com
                                                                          *Attorneys for Defendants*

                                                                          By: **/s/ *Jacob K. Auerbach***
                                                                           Jacob K. Auerbach
                                                                          FBN: 0840003

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on this 6th day of January 2017, we electronically filed the foregoing using the Florida Courts E-filing Portal System. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated through Florida Courts E-filing Portal System or in some other authorized manner for those counsel of parties who are not authorized to receive electronic Notices of Electronic Filing.

By: */s/ Jacob K. Auerbach*
Jacob K. Auerbach

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nabor Diego

## DEFENDANTS
Victory Lab Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Anthony M. Georges-Pierre, Esq.
44 West Flagler Street, Ste. 2200, Miami, FL 33130

Attorneys *(If Known)*
Jacob Auerbach (954) 894-3035
5521 N. University Drive, Ste. 204 Coral Springs, FL 33067

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 01/06/2017
SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NABOR DIEGO
And other similarly situated individuals,

    Plaintiff(s),                                     Case No.:

v.

VICTORY LAB INC.
A Florida Profit Corporation

    Defendant(s).
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Victory Lab Inc. ("Defendant") hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2016-030271-CA-01, in the United States District Court for the Southern District of Florida. This Notice of Removal is timely and warranted under applicable law, as explained below.

## THE UNDERLYING ACTION

On December 1, 2016, Plaintiff Nabor Diego ("Plaintiff"), filed an action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida captioned <u>Nabor Diego v. Victor Lab Inc.</u>, Case No. 2016-030271-CA-01. The Complaint contains one count, which alleges a violation of federal law – the Fair Labor Standards Act, 29 U.S.C. § 216. There are no state law claims.

## TIMING OF REMOVAL AND ATTACHMENTS

The Complaint was served on the Defendant on December 9, 2016. This Notice of Removal is filed within the time period authorized by 28 U.S.C. § 1446(b). In accordance with

28 U.S.C. § 1446(a), copies of this process, pleadings, and orders served on Defendant and a Docket Sheet for the state court lawsuit are attached as Composite Exhibit "A."

## VENUE

Venue lies in the United States District Court for the Southern District of Florida, Miami-Dade Division, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 89(c).

## FEDERAL SUBJECT MATTER JURISDICTION

Federal jurisdiction is appropriate pursuant to 28 U.S.C. § 1331 because the claims in this case arise under the Constitution, law, or treaties of the United States. As a result, removal is appropriate under 28 U.S.C. § 1441:

(a) Generally. Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

## NOTICE

Concurrent with the filing of this Notice of Removal, Defendants will file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida in accordance with 28 U.S.C. § 1446(d) and will attach a copy of this Notice of Removal thereto. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit "B."

## NON-WAIVER OF DEFENSES

Nothing in this Notice shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defenses or its substantive rights.

ACCORDINGLY, this Court has jurisdiction over this matter, pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated: January 6, 2017

                              Respectfully submitted,

**GALLUP AUERBACH**

Jacob Auerbach, Esq.
5521 N. University Drive, Ste 204
Coral Springs, FL 33067
Phone: (954) 894-3035
Jacob@aalawllc.com
*Attorneys for Defendants*

By: **/s/ *Jacob K. Auerbach***
Jacob K. Auerbach
FBN: 0840003

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on this 6th day of January 2017, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronic Notices of Electronic Filing.

                              By: **/s/ *Jacob K. Auerbach***
                                  Jacob K. Auerbach

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

**EXHIBIT A**

Filing # 49501598 E-Filed 12/01/2016 01:40:06 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-030271-CA-01

**NABOR DIEGO**
And other similarly situated individuals,

    Plaintiff(s),

v.

**VICTORY LAB INC**
a Florida Profit Corporation

    Defendant(s).

_____/

12/9/16
10:00AM

04-616218

SUMMONS IN A CIVIL CASE

**VICTORY LAB INC**
Registered agent: **REGISTERED AGENTS INC.**
3030 N. Rocky Point Dr, Ste 150A
Tampa, FL 33607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

12/2/2016

CLERK                      DATE

Natasha maka  308631

(BY) DEPUTY CLERK



17217

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR **MIAMI-DADE**
COUNTY, FLORIDA

CASE NO. 2016-030271-CA-01

**NABOR DIEGO**
And other similarly situated individuals,

    Plaintiff(s),

v.

**VICTORY LAB INC**
a Florida Profit Corporation

    Defendant(s).

_____/

## COMPLAINT

Plaintiff **NABOR DIEGO** and other similarly situated individuals, by and through the undersigned counsel, hereby sues Defendant, VICTORY LAB INC, a Florida Profit Corporation, ("Defendant"), and in support avers as follows:

### GENERAL ALLEGATIONS

1. This is an action by the Plaintiff for damages exceeding $15,000 excluding attorneys' fees or costs for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

2. This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3. Plaintiff was at all times relevant to this action, resident of Miami-Dade County Florida, within the jurisdiction of this Honorable Court. Plaintiff is covered employee for purposes of the FLSA.

4. Defendant, VICTORY LAB INC. a Florida Profit Corporation, with one of its locations in Miami-Dade County, Florida where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5. Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and payment was due in Miami-Dade County.

6. Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

7. All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8. Plaintiff performed work for Defendants from on or about July 28, 2016, through on or about September 8, 2016.

9. Plaintiff was a non-exempt employee, by virtue of the way Plaintiff was paid and/or Plaintiff's job duties.

10. Throughout Plaintiff's employment with Defendants, Plaintiff did not receive payment for all hours worked.

11. At all times relevant herein, Defendants had or should have had full knowledge of all hours worked by Named Plaintiff and Collective Plaintiffs, including those hours worked in excess of forty (40) in a given work week.

12. Plaintiff was not paid at the proper overtime rate for hours worked in excess of forty (40) each week, as proscribed by the laws of the United States and the State of Florida.

13. Plaintiff, during relevant time period, from on or about July 28, 2016, through on or about September 8, 2016, worked approximately eight (8) overtime hours each week for which he was not paid 1.5 times his regular rate as provided by the FLSA.

14. On or about September 8, 2016, Plaintiff's employment was terminated.

## COUNT I
### Wage & Hour Federal Statutory Violation against VICTORY LAB INC

15. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 14 of this complaint as if set out in full herein.

16. This action is brought by Plaintiff to recover from Defendant unpaid overtime wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq.*

17. Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

18. At all times pertinent to this Complaint, corporate Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the corporate Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

19. Upon information and belief, at all times material hereto, corporate Defendant's annual gross revenue exceeded $500,000 per annum on its own, or as part of a joint enterprise with the other corporate Defendant named herein, or which are as of yet unknown but will be revealed through further discovery. To the extent that corporate Defendant

operated as part of a joint enterprise, it did so with corporate entities that performed related activities, under the common control of the individual Defendant, and for common business purposes related to the work performed by Plaintiff for Defendant.

20. By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

21. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from three (3) years from the date of the filing of this complaint.

22. Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

23. To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime and minimum wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled. *See, e.g., Cruz v. Maypa*, 773 F.3d 138, 147 (4th Cir. 2014) (extending failure-to-post tolling in the ADEA context to the FLSA); *Yu G. Ke v. Saigon Grill, Inc.*, 595 F. Supp. 2d 240, 259 (S.D.N.Y. 2008) ("[F]ailure to provide required notice of the governing legal requirements may be a sufficient basis for tolling."); *Kamens v. Summit Stainless, Inc.*, 586 F. Supp. 324, 328 (E.D. Pa. 1984) ("An employer's failure to post a statutorily required notice of this type tolls the running of any period of limitations.").

WHEREFORE, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation for hours worked in excess of forty (40) weekly, with interest;

C. Award Plaintiff an equal amount in double damages/liquidated damages;

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

### JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: 11/23/16

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

## DIEGO NABOR VS VICTORY LAB INC.

**Local Case Number:** 2016-030271-CA-01
**Filing Date:** 11/23/2016
**State Case Number:** 132016CA030271000001
**Case Type:** Other Civil Complaint
**Consolidated Case No.:** N/A
**Judicial Section:** CA08
**Case Status:** OPEN

### Parties
Number of Parties: 2

### Hearing Details
Number of Hearing: 0

### Dockets
Dockets Retrieved: 10

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 9 | 12/21/2016 | | Service Returned | Event | |
| 📄 | 8 | 12/16/2016 | | Service Returned | Event | |
| 📄 | 7 | 12/12/2016 | | Notice of Filing: | Event | **RETURN OF SERVICE WITHOUT SUMMONS ATTACHED** |
| | 6 | 12/05/2016 | | Receipt: | Event | **RECEIPT#:2160186 AMT PAID:$10.00 NAME:ANTHONY M GEORGES-PIERRE 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10.00 REC** |
| | | 12/02/2016 | | 20 Day Summons Issued | Service | |
| 📄 | 5 | 12/02/2016 | | ESummons 20 Day Issued | Event | *Parties: VICTORY LAB INC.* |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 4 | 12/01/2016 |  | (M) 20 Day (C) Summons (Sub) Received | Event |  |
| 3 | 11/30/2016 |  | Receipt: | Event | RECEIPT#:3600182 AMT PAID:$401.00 NAME:ANTHONY M GEORGES-PIERRE 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 |
| 2 | 11/23/2016 |  | Complaint | Event |  |
| 1 | 11/23/2016 |  | Civil Cover | Event |  |

◀◀ Back to Search

**Please be advised:**

The Miami-Dade Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office. This website does not provide legal advice of any kind. If you require legal advice, please consult a qualified attorney of your choosing.

Service through the Clerk's electronic access is not the official record of the Clerk. In order to assure the accuracy of the data or information, the Clerk's Office should be consulted regarding the Official Court Record.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Online Case Home (default.aspx) | Family Court Information (http://www.miami-dadeclerk.com/families_court.asp) |
Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp) |
Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E) |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Home (http://www.miami-dadeclerk.com/home.asp) | Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp) | (http://www.miamidade.gov)
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp) | Contact Us (http://www.miami-dadeclerk.com/contact.asp) |
About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

S0142976

https://www2.miami-dadeclerk.com/ocs/Search.aspx 2/2

**EXHIBIT B**

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

NABOR DIEGO
And other similarly situated individuals,

    Plaintiff(s),                    Case No.: 2016-030271-CA-01

v.

VICTORY LAB INC.
A Florida Profit Corporation

    Defendant(s).
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

    Defendant, Victory Lab Inc. ("Defendant"), files the attached Notice of Removal filed in the United States District Court for the Southern District of Florida, Miami-Dade County Division on January 6, 2017. Pursuant to 28 U.S.C. § 1446(d), the filing of this notice effects the removal of this case, and this Court shall proceed no further unless the case is remanded from the District Court.

Dated: January 6, 2017

                                                                  Respectfully submitted,

                                                                  **GALLUP AUERBACH**

                                                                  Jacob Auerbach, Esq.
                                                                  5521 N. University Drive, Ste 204
                                                                 Coral Springs, FL 33067
                                                                  Phone: (954) 894-3035
                                                                  Jacob@aalawllc.com
                                                                  *Attorneys for Defendants*

                                                                  By: **/s/ *Jacob K. Auerbach***
                                                                  Jacob K. Auerbach
                                                                  FBN: 0840003

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on this 6th day of January 2017, we electronically filed the foregoing using the Florida Courts E-filing Portal System. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated through Florida Courts E-filing Portal System or in some other authorized manner for those counsel of parties who are not authorized to receive electronic Notices of Electronic Filing.

                                    By: ***/s/ Jacob K. Auerbach***
                                        Jacob K. Auerbach

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Remer & Georges-Pierre, PLLC
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com